IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:24-cv-00225-MR-WCM

| | |
|---|---|
| **RYAN CRAIG STEVENS,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **MONTREAT COLLEGE, DR. PAUL** ) <br> **J. MAURER, DR. DANIEL T.** ) <br> **BENNETT, DR. DOROTHEA K.** ) <br> **SHUMAN, and DR. RYAN T. ZWART,** ) <br> ) <br> **Defendants.** ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Extension of Time [Doc. 6]. In his Motion, the Plaintiff requests additional time to respond to the Defendant's Motion for Extension of Time to Answer [Doc. 2] and the Defendant's Motion to Dismiss Plaintiff's Complaint [Doc. 4]. The Court will grant the Plaintiff additional time to respond to the Defendant's Motion to Dismiss Plaintiff's Complaint. To the extent the Plaintiff seeks additional time to respond to the Defendant's Motion for Extension of Time to Answer, such request is moot as the Defendant has already responded to the Complaint by way of motion within the time allowed.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Extension of Time [Doc. 6] is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** to the extent that the Plaintiff shall have through and including **December 4, 2024**, to respond to the Defendant's Motion to Dismiss Plaintiff's Complaint [Doc. 4]. Failure to file a timely response will likely lead to the granting of relief that the Defendants seek. The Motion is **DENIED** as moot to the extent that the Plaintiff seeks an extension of time to respond to the Defendant's Motion for Extension of Time to Answer [Doc. 2].

**IT IS SO ORDERED.**

Signed: 11/19/2024

Martin Reidinger
Chief United States District Judge