IN THE GENERAL COURT OF JUSTICE
FOR THE SUPERIOR COURT DIVISION OF NORTH CAROLINA
BUNCOMBE COUNTY

FILED
2024 JUN 25 P 4:58
BUNCOMBE CO. C.S.C.
BY_____

RYAN CRAIG STEVENS

Plaintiff,

v.

MONTREAT COLLEGE;
DR. PAUL J. MAURER;
DR. DANIEL T. BENNETT;
DR. DOROTHEA K. SHUMAN; and
DR. RYAN T. ZWART,

Defendants.

Civil Action No. 24CV 02727

COMPLAINT

DEMAND FOR JURY TRIAL

## COMPLAINT FOR A CIVIL CASE

This case comes before the General Court of Justice for the Superior Court Division of North Carolina, Buncombe County, between Ryan Craig Stevens ("Plaintiff"), and Montreat College ("Montreat College"), Dr. Paul J. Maurer, Dr. Daniel T. Bennett, Dr. Dorothea K. Shuman, and Dr. Ryan T. Zwart ("Individual Defendants") (collectively, "Defendants"), based on the claims of this Complaint.

## TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| I. | INTRODUCTION | 5 |
|  | A. Promise of Rights / Discriminatory and Retaliatory Acts / Harmful Disciplinary Sanctions | 6 |
|  | B. Explicit Discrimination / Declination of Readmission Application | 7 |
|  | C. Incentives for Non-Public Schools to Deny Constitutional Rights / Notice of Forfeiture | 8 |
|  | D. Coercive Compliance / Financial Aid Withdrawn for Constitutional Rights Execution | 8 |
|  | E. Bullying Framework / Failure of School Violence Prevention and Training Requirements | 10 |
| II. | PARTIES | 13 |
|  | A. Plaintiff | 13 |
|  | B. Defendants | 13 |