# EXHIBIT 2

IN THE GENERAL COURT OF JUSTICE
FOR THE SUPERIOR COURT DIVISION OF NORTH CAROLINA
BUNCOMBE COUNTY

24CV 02727

| | |
|---|---|
| RYAN CRAIG STEVENS<br><br>Plaintiff,<br><br>v.<br><br>MONTREAT COLLEGE;<br>DR. PAUL J. MAURER;<br>DR. DANIEL T. BENNETT;<br>DR. DOROTHEA K. SHUMAN; and<br>DR. RYAN T. ZWART,<br><br>Defendants. | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

TO:

Montreat College
310 Gaither Circle
Montreat, NC 28757

**A lawsuit has been filed against you.**

**Within 30 days after service of this summons upon you, you must serve on the plaintiff an answer to the attached complaint. The answer must be served on the plaintiff, or plaintiff's attorney, whose name and address are:**

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778
Plaintiff in pro se

**If you fail to respond, the plaintiff will apply to the Court for the relief demanded in the complaint, resulting in the Court entering judgement by default against you. You also must file your original answer with the Clerk of Superior Court of Buncombe County.**

*Filed on 6-25-24*
*4:49 p.m.*

[signature], Deputy Clerk

| | |
|---|---|
| RYAN CRAIG STEVENS<br><br>Plaintiff,<br><br>v.<br><br>MONTREAT COLLEGE;<br>DR. PAUL J. MAURER;<br>DR. DANIEL T. BENNETT;<br>DR. DOROTHEA K. SHUMAN; and<br>DR. RYAN T. ZWART,<br><br>Defendants. | 24CV 02727 |

## SUMMONS IN A CIVIL ACTION

TO:

Dr. Paul J. Maurer
111 Connally Street
Black Mountain, NC 28711

**A lawsuit has been filed against you.**

**A lawsuit has been filed against you.**

**Within 30 days after service of this summons upon you, you must serve on the plaintiff an answer to the attached complaint. The answer must be served on the plaintiff, or plaintiff's attorney, whose name and address are:**

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778
Plaintiff in pro se

**If you fail to respond, the plaintiff will apply to the Court for the relief demanded in the complaint, resulting in the Court entering judgement by default against you. You also must file your original answer with the Clerk of Superior Court of Buncombe County.**

Filed on 6-25-24
4:49 p.m.

[signature]

24CV 02727

RYAN CRAIG STEVENS

  Plaintiff,

v.

MONTREAT COLLEGE;
DR. PAUL J. MAURER;
DR. DANIEL T. BENNETT;
DR. DOROTHEA K. SHUMAN; and
DR. RYAN T. ZWART,

  Defendants.

## SUMMONS IN A CIVIL ACTION

**TO:**

Dr. Daniel T. Bennett
115 Lower Christ School Road
Fletcher, NC 28732

**A lawsuit has been filed against you.**

**Within 30 days after service of this summons upon you, you must serve on the plaintiff an answer to the attached complaint. The answer must be served on the plaintiff, or plaintiff's attorney, whose name and address are:**

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778
Plaintiff in pro se

**If you fail to respond, the plaintiff will apply to the Court for the relief demanded in the complaint, resulting in the Court entering judgement by default against you. You also must file your original answer with the Clerk of Superior Court of Buncombe County.**

*Filed on 6-25-24*
*4:49 p.m.*

*[signature]*
*Deputy*

| | |
|---|---|
| RYAN CRAIG STEVENS<br><br>Plaintiff,<br><br>v.<br><br>MONTREAT COLLEGE;<br>DR. PAUL J. MAURER;<br>DR. DANIEL T. BENNETT;<br>DR. DOROTHEA K. SHUMAN; and<br>DR. RYAN T. ZWART,<br><br>Defendants. | 24CV 02727 |

## SUMMONS IN A CIVIL ACTION

TO:

Dr. Dorothea (Dottie) K. Shuman
309 Ninth Street
Black Mountain, NC 28711

**A lawsuit has been filed against you.**

Within 30 days after service of this summons upon you, you must serve on the plaintiff an answer to the attached complaint. The answer must be served on the plaintiff, or plaintiff's attorney, whose name and address are:

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778
Plaintiff in pro se

**If you fail to respond, the plaintiff will apply to the Court for the relief demanded in the complaint, resulting in the Court entering judgement by default against you. You also must file your original answer with the Clerk of Superior Court of Buncombe County.**

Filed on
6-25-24
[signature]

| | |
|---|---|
| RYAN CRAIG STEVENS<br><br>Plaintiff,<br><br>v.<br><br>MONTREAT COLLEGE;<br>DR. PAUL J. MAURER;<br>DR. DANIEL T. BENNETT;<br>DR. DOROTHEA K. SHUMAN; and<br>DR. RYAN T. ZWART,<br><br>Defendants. | 24CV 02727 |

## SUMMONS IN A CIVIL ACTION

TO:

Dr. Ryan T. Zwart
702 Pagettown Road
Black Mountain, NC 28711

**A lawsuit has been filed against you.**

**Within 30 days after service of this summons upon you, you must serve on the plaintiff an answer to the attached complaint. The answer must be served on the plaintiff, or plaintiff's attorney, whose name and address are:**

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778
Plaintiff in pro se

**If you fail to respond, the plaintiff will apply to the Court for the relief demanded in the complaint, resulting in the Court entering judgement by default against you. You also must file your original answer with the Clerk of Superior Court of Buncombe County.**

Filed in 6-25-24
4:49 p.m.
[signature]
Deputy