# EXHIBIT 3



November 22, 2024
Shipper E362D7
Page 1 of 1

ATTN : Ryan Stevens
PHONE : (865)469-1950

## DELIVERY NOTIFICATION

INQUIRY FROM:  CRAIG SLOAN EVANS
THE UPS STORE
1070 TUNNEL RD BLDG 1, STE 10
ASHEVILLE NC 28805

SHIPMENT TO:  ATTN: BETH T. JONES, JESSE S
WOMBLE BOND DICKINSON (US) L
555 FAYETTEVILLE ST STE 1100
RALEIGH NC 27601

Shipper Number............................E362D7       Tracking Identification Number...**1ZE362D70342270241**

According to our records **1** parcel was delivered on **07/03/24** at **12:37 P.M.**. The shipment was received by **TEMPLETON.**

GNP5TWV:000A0000