# EXHIBIT 4

RYAN CRAIG STEVENS

    Plaintiff,

v.

MONTREAT COLLEGE;
DR. PAUL J. MAURER;
DR. DANIEL T. BENNETT;
DR. DOROTHEA K. SHUMAN; and
DR. RYAN T. ZWART,

    Defendants.

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:**

Montreat College
310 Gaither Circle
Montreat, NC 28757

**A lawsuit has been filed against you.**

Within 30 days after service of this summons upon you, you must serve on the plaintiff an answer to the attached complaint. The answer must be served on the plaintiff, or plaintiff's attorney, whose name and address are:

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778
Plaintiff in pro se

If you fail to respond, the plaintiff will apply to the Court for the relief demanded in the complaint, resulting in the Court entering judgement by default against you. You also must file your original answer with the Clerk of Superior Court of Buncombe County.

*Filed on 6-25-24 4:49 p.m.*

[signature] Deputy Clerk

Civil Action No. _____

## PROOF OF SERVICE

This summon for *(name of individual, and title, if any)* __Montreat College__
was received by me on *(date)* _____.

☐ I personally served the summons on the defendant at *(place/address)*:
_____
_____

on *(date)*: _____; or

☑ I left the summons at the ~~individual's residence, or usual place of abode,~~ University with *(name)* _____
__Dr. Paul J Maurer President__,
a person of suitable age and discretion, whom resides there, on *(date)* __7/9/24__, ~~and mailed a copy to the individual's last known address; or~~

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____
_____; or

☐ Other *(specify)*: _____.

My fees are $ _____ for travel and $ _____ for services, totaling $ _____.

I declare under penalty of perjury that this information is true.

Date: __7/9/24__

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:
_____
_____

IN THE GENERAL COURT OF JUSTICE
FOR THE SUPERIOR COURT DIVISION OF NORTH CAROLINA
BUNCOMBE COUNTY

908

24CV 02727

RYAN CRAIG STEVENS

Plaintiff,

v.

MONTREAT COLLEGE;
DR. PAUL J. MAURER;
DR. DANIEL T. BENNETT;
DR. DOROTHEA K. SHUMAN; and
DR. RYAN T. ZWART,

Defendants.

## SUMMONS IN A CIVIL ACTION

**TO:**

Dr. Paul J. Maurer
111 Connally Street
Black Mountain, NC 28711

**A lawsuit has been filed against you.**

**A lawsuit has been filed against you.**

Within 30 days after service of this summons upon you, you must serve on the plaintiff an answer to the attached complaint. The answer must be served on the plaintiff, or plaintiff's attorney, whose name and address are:

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778
Plaintiff in pro se

If you fail to respond, the plaintiff will apply to the Court for the relief demanded in the complaint, resulting in the Court entering judgement by default against you. You also must file your original answer with the Clerk of Superior Court of Buncombe County.

Filed on 6-25-24
4:49 p.m.

603154

Civil Action No.

## PROOF OF SERVICE

This summon for *(name of individual, and title, if any)* __Dr. Maurer__
was received by me on *(date)* __7/2/24__.

☑ I personally served the summons on the defendant at *(place/address)*:
__Dr. Maurer, Montreat College__

on *(date):* __7/9/24__ ; or

☐ I left the summons at the individual's residence, or usual place of abode, with *(name)* _____,
a person of suitable age and discretion, whom resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____.

My fees are $ _____ for travel and $ _____ for services, totaling $ _____.

I declare under penalty of perjury that this information is true.

Date: __7/9/24__

Server's signature

K. Bunta
Printed name and title

Server's address

Additional information regarding attempted service, etc:

RYAN CRAIG STEVENS

Plaintiff,

v.

MONTREAT COLLEGE;
DR. PAUL J. MAURER;
DR. DANIEL T. BENNETT;
DR. DOROTHEA K. SHUMAN; and
DR. RYAN T. ZWART,

Defendants.

## SUMMONS IN A CIVIL ACTION

**TO:**

Dr. Daniel T. Bennett
115 Lower Christ School Road
Fletcher, NC 28732

**A lawsuit has been filed against you.**

Within 30 days after service of this summons upon you, you must serve on the plaintiff an answer to the attached complaint. The answer must be served on the plaintiff, or plaintiff's attorney, whose name and address are:

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778
Plaintiff in pro se

If you fail to respond, the plaintiff will apply to the Court for the relief demanded in the complaint, resulting in the Court entering judgement by default against you. You also must file your original answer with the Clerk of Superior Court of Buncombe County.

Filed on 6-25-24
4:49 p.m.

Civil Action No.

## PROOF OF SERVICE

This summon for *(name of individual, and title, if any)* __Dr. Ordel Bennett__
was received by me on *(date)* _____.

☑ I personally served the summons on the defendant at *(place/address)*:
__Montreat College   310 Gaither Cir Montreat 28757__

on *(date)*: _____ ; or

☐ I left the summons at the individual's residence, or usual place of abode, with *(name)* _____,
a person of suitable age and discretion, whom resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____.

My fees are $ _____ for travel and $ _____ for services, totaling $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_K. Rt_
Server's signature

_K. Ranton Deputy_
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: