# EXHIBIT 5

From: Schaefer, Jesse Jesse.Schaefer@wbd-us.com
Subject: Stevens v. Montreat et al (24CV02727) - Attempted Service of New Lawsuit
Date: Jul 11, 2024 at 2:16:20 PM
To: Ryan Stevens ryan_stevens316@icloud.com

Mr. Stevens,

Thank you for sending me a courtesy copy of your new complaint in state court. I am not authorized to accept service on this new matter on behalf of any of the defendants.

Please note that your documents entitled "Summons in Civil Action" are not valid summonses under North Carolina law. *See Latham v. Cherry*, 111 N.C. App. 871, 874, 433 S.E.2d 478, 481 (1993). Accordingly, any attempt to serve these documents on the defendants will be legally ineffective.

Furthermore, your claims against the Individual Defendants and your state-law claims against Montreat are barred by the statute of limitations. Your federal claims against Montreat are barred by the prior-pending-action doctrine. In short, this pleading is not well grounded in law and is subject to dismissal.

I strongly encourage you to consult with an attorney. If you continue filing meritless pleadings and motions, we may have no choice but to seek sanctions against you.

Regards,

Jesse

**Jesse Schaefer**
Partner
Womble Bond Dickinson (US) LLP

d: 919-755-8182
e: Jesse.Schaefer@wbd-us.com

555 Fayetteville Street
Suite 1100
Raleigh, NC 27601