# EXHIBIT 6

IN THE GENERAL COURT OF JUSTICE
FOR THE SUPERIOR COURT DIVISION OF NORTH CAROLINA
BUNCOMBE COUNTY

RYAN CRAIG STEVENS

Plaintiff,

v.

MONTREAT COLLEGE;
DR. PAUL J. MAURER;
DR. DANIEL T. BENNETT;
DR. DOROTHEA K. SHUMAN; and
DR. RYAN T. ZWART,

Defendants.

24CV 02727

## SUMMONS IN A CIVIL ACTION

TO:

Dr. Dorothea (Dottie) K. Shuman
309 Ninth Street
Black Mountain, NC 28711

A lawsuit has been filed against you.

Within 30 days after service of this summons upon you, you must serve on the plaintiff an answer to the attached complaint. The answer must be served on the plaintiff, or plaintiff's attorney, whose name and address are:

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778
Plaintiff in pro se

If you fail to respond, the plaintiff will apply to the Court for the relief demanded in the complaint, resulting in the Court entering judgement by default against you. You also must file your original answer with the Clerk of Superior Court of Buncombe County.

Filed on
6-25-24

## PROOF OF SERVICE

This summon for *(name of individual, and title, if any)* Dr. Dorothea (Dottie) K. Shuman
was received by me on *(date)* 7-31-24.

☒ I personally served the summons on the defendant at *(place/address)*:
309 Ninth St.
Black Mountain NC 28711

on *(date)*: 7-31-24 ; or

☐ I left the summons at the individual's residence, or usual place of abode, with *(name)* _____,
a person of suitable age and discretion, whom resides there, on *(date)* _____, and
mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____.

My fees are $ _____ for travel and $ _____ for services, totaling $ _____.

I declare under penalty of perjury that this information is true.

Date: 7-31-24

Server's signature [signed] B1327

Deputy Derek Reed
Printed name and title

60 Court Plaza, Asheville NC 28801
Server's address

Additional information regarding attempted service, etc:

_____

FILED
DATE: August 2, 2024
TIME: 11:19:58 AM
BUNCOMBE COUNTY
CLERK OF SUPERIOR COUNTY
BY: K. Hansen