# EXHIBIT 7

# IN THE GENERAL COURT OF JUSTICE
## FOR THE SUPERIOR COURT DIVISION OF NORTH CAROLINA
### BUNCOMBE COUNTY

RYAN CRAIG STEVENS

Plaintiff,

v.

MONTREAT COLLEGE;
DR. PAUL J. MAURER;
DR. DANIEL T. BENNETT;
DR. DOROTHEA K. SHUMAN; and
DR. RYAN T. ZWART,

Defendants.

*908*

24CV 02727

## SUMMONS IN A CIVIL ACTION

TO:

Dr. Ryan T. Zwart
702 Pagettown Road
Black Mountain, NC 28711

*7-31 @1728*
*No Longer Living*
*at Listed address.*
*Now at:*
*4218 St Elmo Ave*
*Chattanooga TN 37409.*

**A lawsuit has been filed against you.**

Within 30 days after service of this summons upon you, you must serve on the plaintiff
an answer to the attached complaint. The answer must be served on the plaintiff, or plaintiff's
attorney, whose name and address are:

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778
Plaintiff in pro se

If you fail to respond, the plaintiff will apply to the Court for the relief demanded in the
complaint, resulting in the Court entering judgement by default against you. You also must file
your original answer with the Clerk of Superior Court of Buncombe County.

*Filed on 6·25·2*
*4:49 p.m.*
*Kara ...*
*Deputy*

*BUN. CO. SHERIFF RECV*
*24JUL 24PM8:05*

Civil Action No.

## PROOF OF SERVICE

This summon for *(name of individual, and title, if any)* ___Dr. Ryan T. Zwart___
was received by me on *(date)* _____

☐ **I personally served the summons on the defendant at** *(place/address):*
_____
_____
on *(date):* _____ ; or

☐ **I left the summons at the individual's residence, or usual place of abode, with** *(name)* _____
a person of suitable age and discretion, whom resides there, on *(date)* _____, and
mailed a copy to the individual's last known address; or

☐ **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ **I returned the summons unexecuted because** ___Now Living at 4218 ST. Elmo Ave.___
___Chatanooga TN 37409___ ; or

☐ **Other** *(specify):* _____

My fees are $ _____ for travel and $ _____ for
services, totaling $ _____

I declare under penalty of perjury that this information is true.

Date: ___7-31-24___          ___Derek Reid B1327___
                                 Server's signature

FILED
DATE: August 2, 2024
TIME: 11:40:40 AM
BUNCOMBE COUNTY
CLERK OF SUPERIOR COUNTY
BY: K. Hansen

___Deputy Derek Reid___
Printed name and title

___60 Court Plaza, Asheville NC 28801___
Server's address

**Additional information regarding attempted service, etc:**
_____
_____
_____