# EXHIBIT 8

| Date | Event | Index |
|---|---|---|
| 10/08/2024 | Return of Service - Served<br>Created: 10/08/2024 2:15 PM | Index # 7 |
| 09/03/2024 | Alias and Pluries Summons - Issued<br>Filed By: Defendant ZWART, RYAN T<br>Created: 09/03/2024 12:35 PM | Index # 6 |
| 08/30/2024 | Other/Miscellaneous<br>*Notice of Filing Notice of Removal*<br>Created: 08/30/2024 2:45 PM | Index # 4 |
| 08/30/2024 | Other/Miscellaneous<br>*Ex. 1 - Notice of Removal*<br>Created: 08/30/2024 2:45 PM | Index # 5 |
| 08/09/2024 | Motion to Dismiss<br>*Motion to Dismiss*<br>Created: 08/09/2024 6:00 AM | |
| 08/02/2024 | Civil Summons<br>Created: 08/02/2024 11:29 AM | Index # 2 |
| 07/30/2024 | Legacy Complete Case Scan<br>Created: 07/30/2024 1:37 PM | Index # 1 |

07/09/2024
Return of Service - Served
   *Service Type: REG SUMMONS Issue Date: 2024-06-25 16:00:00 Return Reason: SERVED - CORPORATION Vehicle: SHERIFF*
   Against: Defendant MONTREAT COLLEGE
   Created: 07/09/2024 12:00 AM

07/09/2024
Return of Service - Served
   *Service Type: REG SUMMONS Issue Date: 2024-06-25 16:00:00 Return Reason: SERVED - PERSONAL Vehicle: SHERIFF*
   Against: Defendant MAURER, PAUL J
   Created: 07/09/2024 12:00 AM

07/09/2024
Return of Service - Served
   *Service Type: REG SUMMONS Issue Date: 2024-06-25 16:00:00 Return Reason: SERVED - PERSONAL Vehicle: SHERIFF*
   Against: Defendant BENNETT, DANIEL T
   Created: 07/09/2024 12:00 AM