# EXHIBIT 10

From: Schaefer, Jesse Jesse.Schaefer@wbd-us.com
Subject: Stevens v. Montreat et al - Motion to Dismiss
Date: Aug 8, 2024 at 5:09:20 PM
To: Ryan Stevens ryan_stevens316@icloud.com

Mr. Stevens,

I have attached a courtesy copy of a filing today.

Regards,

Jesse

**Jesse Schaefer**
Partner
Womble Bond Dickinson (US) LLP

**d:** 919-755-8182
**e:** Jesse.Schaefer@wbd-us.com

555 Fayetteville Street
Suite 1100
Raleigh, NC 27601



**womblebonddickinson.com**

  

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

pdf

Stevens -...582 v.1.pdf
131 KB