# EXHIBIT 11

RYAN CRAIG STEVENS

Plaintiff,

v.

MONTREAT COLLEGE;
DR. PAUL J. MAURER;
DR. DANIEL T. BENNETT;
DR. DOROTHEA K. SHUMAN; and
DR. RYAN T. ZWART,

Defendants.

Civil Action No. 24CVS002727-100

## ALIAS AND PLURIES SUMMONS IN A CIVIL ACTION
Date Original Summons Issued: June 25, 2024

**TO (Defendant No. 5):**

Dr. Ryan T. Zwart
4218 Saint Elmo Avenue
Chattanooga, TN 37409

A civil action (lawsuit) has been commenced (filed) against you.

You are, hereby, notified to appear and answer (respond) the complaint within thirty (30) days, after this service on you. If you fail to respond, the plaintiff will apply to the Court for the relief demanded in the complaint in which judgement by default will be entered against you.

A copy of the written answer, or motion, must be served on the plaintiff, or his attorney, whose name and address are:

Ryan Craig Stevens
23 Sleepy Hollow Lane
Swannanoa, NC 28778

You must also file the original written answer, or motion, with the Clerk of Superior Court of Buncombe County, North Carolina.

| Date Issued | 9/3/2024 | Time | 12:36 | ☐ AM | ☒ PM |
|---|---|---|---|---|---|
| Signature | *Kathryn McHenson* (signed) | | | | |
| ☒ Deputy CSC | | ☐ Assistant CSC | | ☐ Clerk of Superior Court | |

Civil Action No. 24CVS002727-100

## PROOF OF SERVICE

This summon for *(name of individual, and title, if any)* DR. RYAN ZWART
was received by me on *(date)* SEPT. 24, 2024.

☒ I personally served the summons on the defendant at *(place/address):* 615 MCCANCE RUE Rd
RYAN ZWART PH.D

on *(date):* _____ ; or

☐ I left the summons at the individual's residence, or usual place of abode, with *(name)* _____,
a person of suitable age and discretion, who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____ .

FILED
DATE: October 8, 2024
TIME: 2:16:36 PM
BUNCOMBE COUNTY
CLERK OF SUPERIOR COURT
BY: K. Hansen

My fees are $ _____ for travel and $ _____ for services, totaling $ _____ .

I declare under penalty of perjury that this information is true and accurate.

Date: SEPT 24, 2024

Vernon L. Kimbrough 3513
Server's signature

VERNON L. KIMBROUGH 3513
Printed name and title
Sheriff's Deputy
IN CIVIL WARRANTS —

HCSO WARRANTS
Civil Warrants
6233 Dayton Blvd
Hixson, TN 37343
(423) 209-8970
Server's address

Additional information regarding attempted service, etc:
_____
_____
_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| RYAN CRAIG STEVENS<br><br>Plaintiff,<br><br>v.<br><br>MONTREAT COLLEGE;<br>DR. PAUL J. MAURER;<br>DR. DANIEL T. BENNETT;<br>DR. DOROTHEA K. SHUMAN; and<br>DR. RYAN T. ZWART,<br><br>Defendants. | Case No. 1:24-cv-00225-MR-WCM<br><br>(PROPOSED)<br>ORDER GRANTING PLAINTIFF'S<br>MOTION FOR ENTRY OF DEFAULT |

WHEREAS, it has been made to appear to the undersigned, Clerk of the United States District Court for the Western District of North Carolina, Asheville Division, Plaintiff's Motion for Entry of Default (Doc.   ), and the Court finds Defendants' response periods expired, failing to: 1) answer, or otherwise respond to, Plaintiff's Complaint within the 30-day response period, prior to removal; 2) properly serve the responsive pleading, Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 4), within the extended response period, after removal; 3) file the Motion for Extension of Time, before each period expired, prior to, and after, removal; and 4) show excusable neglect for failure to act, prior to, and after, removal.

**THEREFORE, IT IS SO ORDERED:**

1. Plaintiff's Motion for Entry of Default (Doc.   ) is **GRANTED**.

Signed: December 4, 2024

**Clerk of the United States District Court**